COPY

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO


CITY OF CINCINNATI
   **PLAINTIFF**

                                Use below number on
                                all future pleadings

   -- vs --

                        No.  A 2303015
                             SUMMONS

BOWLIN GROUP LLC
   **DEFENDANT**


   BOWLIN GROUP LLC
   % CORPORATION SERVICE COMPANY     D - 1
   421 W MAIN STREET
   FRANKFORT KY 40601


You are notified
that you have been named Defendant(s) in a complaint filed by

   CITY OF CINCINNATI
   801 PLUM STREET RM 214
   CINCINNATI OH 45202

                                  Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**PAVAN PARIKH, 1000 MAIN STREET  ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.


Name and Address of attorney          PAVAN PARIKH
JOHANNA HUTCHINS                   Clerk, Court of Common Pleas
801 PLUM STREET  ROOM 214          Hamilton County, Ohio
CINCINNATI      OH      45202

                               By   RICK HOFMANN
                                           Deputy

                         Date:   July 18, 2023

D138730128



# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

### ELECTRONICALLY FILED
### July 17, 2023 01:45 PM
### PAVAN PARIKH
### Clerk of Courts
### Hamilton County, Ohio
### CONFIRMATION 1345363

**CITY OF CINCINNATI**                    **A 2303015**

**vs.**

**BOWLIN GROUP LLC**

## FILING TYPE: INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND

## PAGES FILED: 24

EFR200

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **CITY OF CINCINNATI** | : | |
| **801 Plum Street** Rm. 214 | : | **CASE NO.** |
| **Cincinnati, Ohio 45202** | : | |
| | : | **JUDGE** |
| **Plaintiff,** | : | |
| | : | **COMPLAINT FOR MONEY** |
| **v.** | : | **DAMAGES** |
| | : | |
| **BOWLIN GROUP, LLC** | : | **($258,446.75)** |
| **12200 CHANDLER DRIVE** | : | |
| **WALTON, KY 41094** | : | |
| | : | |
| **Also serve:** | : | |
| **Corporation Service Company** | : | |
| **421 West Main Street** | : | |
| **Frankfort, KY 40601** | : | |
| **Defendant** | : | |

Now comes Plaintiff City of Cincinnati, and for its Complaint against Defendant, Bowlin Group, LLC, states as follows:

**THE PARTIES**

1.      Plaintiff City of Cincinnati is a home-rule municipal corporation chartered under Article XVIII, Section 7 of the Ohio Constitution and acting pursuant to the Charter of the City of Cincinnati, through its City Solicitor.  The City is located in Hamilton County, Ohio.

2.      The Defendant, upon information and belief, is a limited liability company established under the laws of the Commonwealth of Kentucky, with its principal place of business at 12200 Chandler Drive, Walton, KY 41094, and operates as utility construction and excavation service in Ohio.

## FACTS

3. In June of 2019, Defendant was performing construction activities for a non-party utility company, Duke Energy, in the area of 644 Crown Street, a project completely unrelated to any project of the Plaintiff's.

4. Prior to beginning the construction project, Defendant submitted a request through Ohio Utilities Protection Service for local utility companies to mark their assets. Attached as Exhibit A is the Ticket Detail Report.

5. Plaintiff marked its asset (a 42" water main), at 644 Crown Street, as depicted on the photographs attached as Exhibit B.

6. While performing their construction work, Defendant struck and punctured the 42" water main at Crown Street owned by the Plaintiff. See Exhibit C, the call log admitting to the puncture by the Defendant and Exhibit D, the punctured pipe.

7. The 42" punctured water main at Crown Street owned by the Plaintiff required both a short-term immediate repair in 2019 and ultimately a permanent repair in 2023.

8. As a result of Defendant puncturing the 42" water main at Crown Street, Plaintiff was forced to take this water main out of service for some time.

9. With the 42" water main at Crown Street out of service, Plaintiff had to deny another local utility (Metropolitan Sewer District) their request to have a separate water main (on Dana Avenue) taken out of service.

10. Plaintiff's denial to turn off the Dana Avenue main caused a delay to Metropolitan Sewer District's project.

11. Metropolitan Sewer District invoiced and received payment from Defendant Bowlin for this delay. Attached as Exhibit E is the payment stub reflecting payment.

## COUNT ONE
## NEGLIGENCE

12. Plaintiff incorporates paragraphs 1-11 of this Complaint as if fully restated herein.

13. Defendant owed Plaintiff a duty to exercise reasonable care during Defendant's construction project to avoid damaging Plaintiff's property.

14. Defendant breached this duty of care when Defendant struck and punctured Plaintiff's Crown Street 42" water main.

15. As a direct and proximate result of Defendant's negligence, Plaintiff sustained damage to the water pipe.

16. In 2019 Plaintiff incurred damages to temporarily repair the damaged pipe in the amount of $43,296.75. See attached Exhibit F.

17. In 2023 Plaintiff incurred damages to permanently repair the damaged pipe in the amount of $215,150.00. See attached Exhibit G.[1]

18. Despite Plaintiff's demand for payment, Defendant refuses to pay the same.

---

[1] The permanent repair (which included replacing the damaged part of the pipe) was delayed intentionally to fit in with a capital improvement project in 2023. The scope of the replacement extended beyond the temporary repair from the damage in 2019 was estimated to be 1/3 of the total cost of the that part of the project.

## COUNT TWO
## BREACH OF IMPLIED WARRANTY

19. Plaintiff incorporates paragraphs 1-18 of this Complaint as if fully restated herein.

20. Defendant had a duty to perform its construction work in a workmanlike manner, acting reasonably and exercising the degree of care and skill which a member of the construction trade in good standing in the community would exercise under the same or similar circumstances.

21. Defendant breached its implied warranty of workmanlike skill to Plaintiff by failing to excavate in a reasonable manner and protect the 42" water main.

22. As a direct and proximate result of Defendant's breach of its implied warranty, Plaintiff sustained damage to the 42" water main.

23. In 2019 Plaintiff incurred damages to temporarily repair the damaged pipe in the amount of $43,296.75. See attached Exhibit F.

24. In 2023 Plaintiff incurred damages to permanently repair the damaged pipe in the amount of $215,150.00. See attached Exhibit G. See footnote 1.

25. Despite Plaintiff's demand for payment, Defendant refuses to pay the same.

**WHEREFORE,** Plaintiff demands the following relief:

1. Damages against Defendant Bowlin Group, under Count I and Count II in the amount of $258,446.75, and

2. Any other and further relief to which this Court deems Plaintiff to be entitled to either at law or in equity.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
**City Solicitor**

*/s/ Johanna Hutchins*
Johanna Hutchins (0069759)
Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Phone: (513) 352-3334
Johanna.hutchins@cincinnati-oh.gov
*Counsel for the City*

**TO THE CLERK;**

**ORDINARY MAIL WAIVER SERVICE REQUESTED**

# Ticket Detail Report

 KorTerra

Ticket Number  A917603635

| Ticket Number | Message Type | Previous Ticket | Sequence |
|---|---|---|---|
| A917603635 | ROUT NEW POLY L | N/A | 166 |

## Work Information

**Work Address**
CROWN ST
CINCINNATI, OH HAMILTON

**Intersection** DIX ST

**Duration** N/A

**Work Date** 6/27/2019 3:00:00 PM

**Expiration Date** N/A

| | | | |
|---|---|---|---|
| **Nature of Work** | INSTALL 1 ANCHOR AND | **Explosives** | No |
| **White Paint** | Yes | **Right of Way** | No |
| **Mapsco** | 3907 | **Boring** | No |
| **Done For** | DUKE ENERGY | **Legal Given** | No |
| **Meet Date** | N/A | **Mobile ID** | EAST |
| **Project** | No | **Map No** | 3907300 |
| **Status** | COMPLETED | **Zone ID** | EAST |
| **Depth** | N/A | **Map Ref** | 3907 |
| **Transmit Date** | 6/25/2019 2:42:05 PM | **Due Date** | 6/27/2019 3:00:00 PM |
| **Original Call Date** | 6/25/2019 2:35:00 PM | **Assigned Date** | 6/26/2019 9:16:39 AM |
| **Send Date** | 6/26/2019 9:17:21 AM | **Work to Begin Date** | 6/27/2019 3:00:00 PM |

## Work Location

CROSS 1 : DIX ST
RAIL/HWY: MILEMARKER(S):
WHERE  : NORTH SIDE OF STREET -- 1ST IS LOCATION IS ACROSS FROM THE

EXHIBIT AE

**1 / 4**

INTERSECTION OF DIX ST AT POLE # P9-232E -- MARKING A 30 FT RADIUS
AROUND THE POLE ---2ND LOCATION IS THEN FROM THAT POINT HEADING WEST
FOR 94 FT AT POLE # P9-231E -- MARKING A 80 FT RADIUS AROUND THE POLE
BOTH POLES ARE MARKED WITH WHITE X AND ROAD IS MARKED WITH WHITE
ARROW AND STATING POLE -
FARTHEST POINT OFF ROAD: WITHIN 90 FT

## Company Information

**BOWLIN ENERGY**

12200 CHANDLER DR
WALTON, KY 41094

| | | **Contact** | **Contact Phone** |
|---|---|---|---|
| | | MICHAEL MATISZ | 859-308-8329 |

**Contact Email**

| **Company Phone** | **Company Fax** | |
|---|---|---|
| | | BNOEL@BOWLINGROUP.COM |

**Callback**

| N/A | N/A | |
|---|---|---|

N/A

**Alt Phone**

**Alt Contact**

| SAME AS ABOVE | N/A |
|---|---|

## Location Points

| LATLONG | 39.12807300000 | -84.49722900000 | DIG BOX |
|---|---|---|---|
| LATLONG | 39.12780200000 | -84.49502800000 | DIG BOX |
| LATLONG | 39.12670400000 | -84.49516400000 | DIG BOX |
| LATLONG | 39.12697500000 | -84.49736400000 | DIG BOX |
| LATLONG | 39.12689500000 | -84.49669900000 | POLYGON |
| LATLONG | 39.12692100000 | -84.49683300000 | POLYGON |
| LATLONG | 39.12696600000 | -84.49695900000 | POLYGON |
| LATLONG | 39.12703000000 | -84.49707000000 | POLYGON |
| LATLONG | 39.12711000000 | -84.49716300000 | POLYGON |
| LATLONG | 39.12720200000 | -84.49723500000 | POLYGON |
| LATLONG | 39.12730300000 | -84.49728200000 | POLYGON |
| LATLONG | 39.12740900000 | -84.49730300000 | POLYGON |
| LATLONG | 39.12751700000 | -84.49729700000 | POLYGON |
| LATLONG | 39.12762200000 | -84.49726400000 | POLYGON |
| LATLONG | 39.12771900000 | -84.49720600000 | POLYGON |
| LATLONG | 39.12780600000 | -84.49712400000 | POLYGON |
| LATLONG | 39.12787900000 | -84.49702200000 | POLYGON |
| LATLONG | 39.12793400000 | -84.49690300000 | POLYGON |

| LATLONG | 39.12797100000 | -84.49677300000 | POLYGON |
|---------|----------------|-----------------|---------|
| LATLONG | 39.12798700000 | -84.49663700000 | POLYGON |
| LATLONG | 39.12798300000 | -84.49649900000 | POLYGON |
| LATLONG | 39.12786700000 | -84.49555700000 | POLYGON |
| LATLONG | 39.12782100000 | -84.49543200000 | POLYGON |
| LATLONG | 39.12775700000 | -84.49532100000 | POLYGON |
| LATLONG | 39.12767800000 | -84.49522700000 | POLYGON |
| LATLONG | 39.12758600000 | -84.49515600000 | POLYGON |
| LATLONG | 39.12748500000 | -84.49510900000 | POLYGON |
| LATLONG | 39.12737800000 | -84.49508800000 | POLYGON |
| LATLONG | 39.12727100000 | -84.49509400000 | POLYGON |
| LATLONG | 39.12716600000 | -84.49512700000 | POLYGON |
| LATLONG | 39.12706800000 | -84.49518500000 | POLYGON |
| LATLONG | 39.12694400000 | -84.49530400000 | POLYGON |
| LATLONG | 39.12687500000 | -84.49541100000 | POLYGON |
| LATLONG | 39.12682400000 | -84.49553300000 | POLYGON |
| LATLONG | 39.12679300000 | -84.49566500000 | POLYGON |
| LATLONG | 39.12678300000 | -84.49580300000 | POLYGON |
| LATLONG | 39.12689500000 | -84.49669900000 | POLYGON |
| MAPGRID | 3907300842930 | | |

## Occ Map Link

http://newtina.oups.org/newtinweb/map_tkt.nap?TRG=6FuCmHk9nAkAf8p0m2l

## Additional Members

CBT CNWPST CNWPW CZA CZCP CZD DUEP DUGP DUGPTG

## OCC Remarks

DONE BY :

WHITELINED: Y  BLASTING: N

MEANS OF EXCAVATION: DIGGER TRUCK

START BY : 07/10/19 02:50 PM  RESPONSE DUE: 06/27/19 02:50 PM

## Dispatcher Notes

## Audit Trail

| Application | Date/Time | Operator | Detail | From | To |
|-------------|-----------|----------|--------|------|-----|
| Dispatch | 6/26/2019 | LOCATOR | Complete visit | EAST | DISPATCH |
| Dispatch | 6/26/2019 | RECEIVER | Receive ACK of ticket | EAST | DISPATCH |
| Completion | 6/26/2019 | | CNWPW Sent: 002, | DISPATCH | OHOC |
| KORWEB | 6/26/2019 | MRENTSCHLER | Send new ticket | EAST | EAST |
| KorTerra Usher | 6/25/2019 | USHER | Auto send disabled for | USHER | EAST |

## Attachments

**3 / 4**

| File | Created By | Source | Attached Date | Notes |
|------|-----------|--------|---------------|-------|

\* No attachment records available on ticket

## Driver Activity Log

S on 6/26/2019 12:00:00 AM10:22:08.481 by driver LOCATOR in mobile EAST
A on 6/26/2019 12:00:00 AM10:22:14.224 by driver LOCATOR in mobile EAST
C on 6/26/2019 12:00:00 AM10:22:14.399 by driver LOCATOR in mobile EAST

## Completion                                      CUSTOM2 WORK FOR CNWPW

**Department**

| | Creation Date | Completion Date | Type |
|--|--|--|--|
| N/A | 6/26/2019 10:22:14 AM | 6/26/2019 10:22:14 AM | CUSTOM2 |

| Operator | Mobile ID | Positive Response |
|--|--|--|
| LOCATOR | EAST | 002-MARKED |

**Internal Remarks**
N/A

**External Remarks**
N/A

| Facility Code | Work Performed | Action Code |
|--|--|--|
| WATER - N/A | | N/A |
| | Marked | |



EXHIBIT B





KorTerra - A922404505                                                    https://login.korterra.net/Print

```
CNWP   00240 GUPSa 08/12/19 17:34:39 A922404505-00A EMER NEW POLY DGIN

Ticket : A922404505 Rev: 00A Taken: 08/12/19 05:33 PM Channel: OPR
Old Tkt: A917603635        Taken: 06/25/19 02:41 PM

State: OH  Cnty: HAMILTON   Place: CINCINNATI

Address :   Street: CROWN ST
Cross 1 : DIX ST
Rail/Hwy:     Milemarker(s):
Where   : NORTH SIDE OF STREET -- 1ST IS LOCATION IS ACROSS FROM THE
        : INTERSECTION OF DIX ST AT POLE # P9-232E -- MARKING A 30 FT RADIUS
        : AROUND THE POLE ---2ND LOCATION IS THEN FROM THAT POINT HEADING WEST
        : FOR 94 FT AT POLE # P9-231E -- MARKING A 80 FT RADIUS AROUND THE POLE
        :
        : BOTH POLES ARE  MARKED WITH WHITE X AND ROAD IS MARKED WITH WHITE
        : ARROW AND STATING POLE -
        : FARTHEST POINT OFF ROAD:  WITHIN 90 FT

WorkType: INSTALL 1 ANCHOR AND REPLACE BOTH POLES
Done for: DUKE ENERGY
Done by :
Whitelined: Y  Blasting: N
Means of Excavation: DIGGER TRUCK
Dig In  : WATER

Work date: 08/12/19 05:33 PM
Start by : 08/26/19 05:48 PM  Response Due: 08/14/19 05:48 PM

Best Fit: 39.128073/-84.497229 39.127802/-84.495029
        : 39.126975/-84.497364 39.126704/-84.495164

Comments: CUSTOMER ADVISES THEY HAVE NICKED A - MARKED WATER LINE -
        : PLEASE RESPOND ASAP!
        : CREW IS ON SITE
        : @ 633 CROWN ST

Caller : MICHAEL MATISZ            Phone: 859-308-8329
Company : BOWLIN ENERGY                    Type: CONT
Co addr : 12200 CHANDLER DR
City    : WALTON                   St: KY  Zip: 41094
Alt Tel#: 859-308-8329
Alt cont: SAME AS ABOVE             Phone:
Email: BNOEL@BOWLINGROUP.COM

Grids   : 3907300842930
Polygon : 39.126895/-84.496699 39.126921/-84.496833
        : 39.126966/-84.496959 39.127030/-84.497070
        : 39.127110/-84.497163 39.127202/-84.497235
        : 39.127303/-84.497282 39.127409/-84.497303
        : 39.127517/-84.497297 39.127622/-84.497264
        : 39.127719/-84.497206 39.127806/-84.497124
        : 39.127879/-84.497022 39.127934/-84.496903
        : 39.127971/-84.496773 39.127987/-84.496637
        : 39.127983/-84.496499 39.127867/-84.495557
        : 39.127821/-84.495432 39.127757/-84.495321
        : 39.127678/-84.495227 39.127586/-84.495156
        : 39.127485/-84.495109 39.127378/-84.495088
        : 39.127271/-84.495094 39.127166/-84.495127
        : 39.127068/-84.495185 39.126944/-84.495304
        : 39.126875/-84.495411 39.126824/-84.495533
        : 39.126793/-84.495665 39.126783/-84.495803
        : 39.126895/-84.496699

Members:
CBT    =CINCINNATI BELL           CNWPST =CINCINNATI STORM SEWER
```

EXHIBIT C

4/13/2023, 7:56 AM

ELECTRONICALLY FILED 07/17/2023 14:45 / / CV 23 030157 / COMMON PLEAS DIVISION / EXHIBIT 00



CITY OF CINCINNATI
METROPOLITAN SEWER DISTRICT
1600 GEST STREET
CINCINNATI OH 45204

| VENDOR NUMBER | | VENDOR NAME | | | CHECK NO. |
|---|---|---|---|---|---|
| 104803 | | CITY OF CINCINNATI | | | 4796 |

| INV. DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|
| 10/28/2019 | 102819 | BG-20192500 JOB #48073 | 12,305.37 | | 12,305.37 |
| | | **CLAIM #: BG-20192500    DOI: 08/12/2019    DIV: BG-WILDER** | | | |
| | | **FULL AND FINAL SETTLEMENT OF ALL CLAIMS FOR PROPERTY DAMAGE TO GCW CROWN STREET 48" WATERMAIN REPAIR DELAY TO MSDGC SEWER REPAIR PROJECT.** | | | |

| | | TOTALS | | | $12,305.37 |
|---|---|---|---|---|---|

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY.

EXHIBIT F

# INVOICE

**4996**

Page: 1

4747 Spring Grove Ave.
Cincinnati, Ohio 45232-1986
A Service of the City of Cincinnati
513-591-7700

| Invoice Date: |
|---|
| 5/17/21 |

| Due Date: |
|---|
| 6/7/21 |

**Bill To:**

BOWLIN GROUP
12200 CHANDLER DRIVE
ATTN: GLEN SIZEMORE
WALTON, KY 41094

**Premises:**

644 CROWN STREET
CINCINNATI, OH

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | COMPENSATION FOR DAMAGES | 43,296.75 | 43,296.75 |

| | |
|---|---|
| Sales Tax | |
| Payment/Credit Applied | |
| **Total Amount Due** | **$ 43,296.75** |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

4747 Spring Grove Ave.
Cincinnati, Ohio 45232-1986
A Service of the City of Cincinnati

| Invoice Number | Due Date: | Total Amount Due |
|---|---|---|
| 4996 | 6/7/21 | **$ 43,296.75** |

Amount Paid: $ _____
Please make check payable to:GCWW

BOWLIN GROUP
12200 CHANDLER DRIVE
ATTN: GLEN SIZEMORE
WALTON, KY 41094

Mail Payment to:
Greater Cincinnati Water Works
Attn: Cashier
4747 Spring Grove Ave
Cincinnati, OH 45232-1986

*Payment cannot be processed at GCWW's PO Box address

## INVOICE

# Fred A. Nemann Co.

**6480 BENDER ROAD, SUITE A**     **CINCINNATI, OHIO 45233**

**September 14, 2020**

PHONE: (513) 467-9400

FAX: (513) 467-0510

FRED A. NEMANN
PRESIDENT

**SOLD TO**

**Greater Cincinnati Water Works**
**4747 Spring Grove Avenue**
**Cincinnati, OH 45232**

**RE: MAINTENANCE & CONST. OF WATER**
**DISTRIBUTION SYST. & APPURTENANCES**
**Invoice No. S-1366-49A**
**DO: 3042021000067**

**JOB NAME: "CROWN STREET"**

**TOTAL AMOUNT DUE THIS INVOICE:**        **$ 12,480.00**

Invoice Date:   9/14/2020
Invoice No:   S-1366-49A
Contract No:   181W006030
DO: 3042021000067

**Dept. Receiving Goods or Services**
**Greater Cincinnati Water Works**
**4747 Spring Grove Ave**
**Cincinnati, OH 45232**

**Remit to:**
**Fred A. Nemann Co.**
**6480 Bender Road**
**Cincinnati, OH 45233**

| WORK ORDER NO. | CONTRACTOR LINE ITEM | Number of Hours | Date Work Performed | Amount Due |
|---|---|---|---|---|
| 1339086-2958 | 55 | – | 9/9/2020 | $ 8,680.00 |
| 1339086-2958 | 56 | 12 | 9/9/2020 | $ 1,200.00 |
| 1339086-2958 | 57 | 4 | 9/9/2020 | $ 600.00 |
| 1339086-2958 | 58 | 10 | 9/9/2020 | $ 2,000.00 |

**Total Amount Due This Invoice  $ 12,480.00**

## INVOICE

### Fred A. Nemann Co.

6480 BENDER ROAD, SUITE A        CINCINNATI, OHIO 45233

**December 31, 2019**

PHONE: (513) 467-9400

FAX: (513) 467-0510

FRED A. NEMANN
PRESIDENT

**SOLD TO**

**Greater Cincinnati Water Works**
**4747 Spring Grove Avenue**
**Cincinnati, OH 45232**

RE: **Emergency Repair &**
**Maintenance of Water Main**
**Job No. S-1340**
**Invoice No. 1340-14**
**DO: 3042020000769**

**PROJECT NAME: REPAIR 48" Water Main on Crown Avenue**

**CONTRACT NO. 161R025169**
**BID REFERENCE NO.: 161R905169**

**TOTAL AMOUNT DUE THIS INVOICE:**      **$23,096.23**

**CROWN AVE 48" WATER MAIN REPAIR**

| Item No. | Quantity | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | | Foreman's Rate | $ 47.09 | |
| 2 | | Foreman's Overtime Rate (After 8 Hrs. & Saturday) | $ 64.62 | |
| 3 | | Forman's Overtime Rate (Sunday & Holiday) | $ 64.62 | |
| 4 | | Foreman's OH & Profit | 50% | |
| 5 | | Working Foreman's Rate | $ 43.75 | |
| 6 | | Working Foreman's Overtime Rate (After 8 Hrs. & Saturday) | $ 59.61 | |
| 7 | | Working Foreman's Overtime Rate (Sunday & Holiday) | $ 59.61 | |
| 8 | | Working Foreman's OH & Profit | 20% | |
| 9 | | Standard Crew Rate | $ 299.21 | |
| 10 | | Standard Crew Rate (After 8 Hrs. & Saturday) | $ 347.75 | |
| 11 | | Standard Crew Rate (Sunday & Holiday) | $ 347.75 | |
| 12 | | Laborer's Rate | $ 46.15 | |
| 13 | | Laborer's Overtime Rate (After 8 Hrs. & Saturday) | $ 61.01 | |
| 14 | | Laborer's Overtime Rate (Sunday & Holiday) | $ 61.01 | |
| 15 | | Operator's Rate | $ 51.22 | |
| 16 | | Operator's Overtime Rate (After 8 Hrs. & Saturday) | $ 69.17 | |
| 17 | | Operator's Overtime Rate (Sunday & Holiday) | $ 69.17 | |
| 18 | | Truck Driver's Rate | $ 42.15 | |
| 19 | | Truck Driver's Overtime Rate (After 8 Hrs. & Saturday) | $ 57.01 | |
| 20 | | Truck Driver's Overtime Rate (Sunday & Holiday) | $ 57.01 | |

| | | | |
|---|---|---|---|
| 21 | Laborer, Operator, Truck Driver (OH & Profit) | 50% | |
| 22 | Dump Truck | $ 50.00 | |
| 23 | Back Hoe | $ 50.00 | |
| 23.1 | Track Hoe | $ 75.00 | |
| 23.2 | Mobilization Cost for Track Hoe | $ 350.00 | |
| 24 | Hoe Ram (Do not Include Back Hoe or Air Compressor Cost) | $ 10.00 | |
| 25 | Air Compressor w/Tools | $ 5.00 | |
| 26 | Pump | $ 5.00 | |
| 27 | Generator and Work Lights | $ 5.00 | |
| 28 | Service Truck/Foreman's Vehicle | $ 2.00 | |
| 29 | Materials | | $ 17,766.33 |
| 30 | Materials, Handling, Delivery OH & Profit | 30% | $ 5,329.90 |
| 31 | Additional Equipment & Subcontractors | | |

**TOTAL AMOUNT DUE THIS INVOICE**  $   23,096.23

DISTRIBUTION DIVISION
BILL OF COST

**LOCATION: 644 CROWN STREET**
**CINCINNATI, OHIO**

DESCRIPTION: CONTRACTOR HIT 48 INCH WATER MAIN 8/12/2019

REPAIR: GCWW AND FRED A. NEMANN, CO. REPAIRED WATER MAIN DAMAGE

TO BE BILLED: BOWLIN GROUP
ATTN: GLEN SIZEMORE
12200 CHANDLER DRIVE
WALTON, KY 41094

GENERAL FOREMAN: ROBERT SPEARS

**TOTAL AMOUNT BILLED:** $43,296.75

**LABOR**

| EMPLOYEE | DATE | REGULAR HOURS | OT HOURS | RATE | SUBTOTAL | OT RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| GCWW Valve Operator 2 | 8/12/2019 | 2.5 | 0 | $ 44.09 | $110.23 | $0.00 | $110.23 |
| GCWW Valve Operator | 8/12/2019 | 2.5 | 0 | $ 40.74 | $101.85 | $0.00 | $101.85 |
| GCWW Crew Leader (2) | 8/13/2019 | 8 | 5.5 | $ 52.04 | $416.32 | $572.44 | $1,977.52 |
| GCWW Motor Equipment Operator 2 | 8/13/2019 | 8 | 0 | $ 46.70 | $373.60 | $0.00 | $373.60 |
| GCWW Motor Equipment Operator | 8/13/2019 | 0 | 5.5 | $ 43.36 | $0.00 | $476.96 | $476.96 |
| GCWW Maintenance Worker (2) | 8/13/2019 | 8 | 5.5 | $ 40.74 | $325.92 | $448.14 | $1,548.12 |
| GCWW Maint. Field Supervisor | 8/13/2019 | 16 | 0 | $ 58.58 | $937.28 | $0.00 | $937.28 |
| GCWW Valve Operator 2 (2) | 8/20/2019 | 2.5 | 0 | $ 44.09 | $110.23 | $0.00 | $220.45 |
| GCWW Valve Operator | 8/20/2019 | 2.5 | 0 | $ 40.74 | $101.85 | $0.00 | $101.85 |
| | | | | | | | $5,847.86 |
| Administrative Support Charge | | | | | | | $537.77 |
| | | | | **SUBTOTAL: LABOR** | | | $6,385.62 |

| EQUIPMENT | DATE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Valve Truck w/Turning Machine | 8/12/2019 | 3 | $ 10.78 | $32.34 |
| W.W.Crew Truck | 8/13/2019 | 14 | $ 8.60 | $120.40 |
| Air Compressor | 8/13/2019 | 14 | $ 10.78 | $150.92 |
| Backhoe | 8/13/2019 | 14 | $ 30.24 | $423.36 |
| Tandem Dump Truck | 8/13/2019 | 14 | $ 14.14 | $197.96 |
| Small Dump Truck | 8/13/2019 | 8 | $ 10.30 | $82.40 |
| Crew Truck | 8/13/2019 | 8 | $ 8.60 | $68.80 |
| Air Compressor | 8/13/2019 | 8 | $ 10.78 | $86.24 |
| Large Pick-up Truck | 8/13/2019 | 14 | $ 5.07 | $70.98 |
| Valve Truck w/Turning Machine | 8/20/2019 | 4 | $ 10.78 | $43.12 |
| Valve Truck | 6/20/2020 | 3 | $ 6.96 | $20.88 |

**SUBTOTAL: EQUIPMENT** $1,297.40

ksb/Crown Street
5/10/2021

## DISTRIBUTION DIVISION
### BILL OF COST

| MATERIALS | INV# | AMOUNT | UNIT | COST | TOTAL |
|---|---|---|---|---|---|
| Miscellaneous Materials (Polywrap, Short Blocks, Long Blocks, Wooden Wedges, etc) | | | | | $37.50 |
| | | | | **SUBTOTAL: MATERIAL** | **$37.50** |
| | | | | | |
| **CONTRACTED SERVICES** | | | | | |
| FRED A NEMANN CO. 12/31/2019 INVOICE ATTACHED | | | | · | **$23,096.23** |
| FRED A NEMANN CO. 9/14/2020 INVOICE ATTACHED | | | | | **$12,480.00** |

........................................

**SUMMARY TOTAL**      **$43,296.75**

ksb/Crown Street
5/10/2021

**Package A - General Construction**
Consists of all Work, shown, specified, and required to complete the Project, except that specifically assigned to the other Contractors in Package B

| Item | Spec | Est. Qty. | Unit | Description | Allowance | Unit Cost (Labor) | Unit Cost (Material) | Extended Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 1101 | 136.00 | Lin Ft | Furnishing and Laying 4" Ductile Iron Pipe and Fittings | | $175.00 | $175.00 | $47,600.00 |
| 2 | 1101 | 830.00 | Lin Ft | Furnishing and Laying 6" Ductile Iron Pipe and Fittings | | $85.00 | $86.00 | $142,780.00 |
| 3 | 1101 | 12,941.00 | Lin Ft | Furnishing and Laying 8" Ductile Iron Pipe and Fittings | | $100.00 | $100.00 | $2,588,200.00 |
| 4 | 1101 | ~~2,000.00~~ | ~~Lin Ft~~ | ~~Furnishing and Laying 12" Ductile Iron Pipe and Fittings~~ | | ~~$125.00~~ | ~~$125.00~~ | ~~$505,000.00~~ |
| 5 | 1101 | 331.00 | Lin Ft | Furnishing and Laying 48" Pre-Stressed Concrete Cylinder Pipe | | $975.00 | $975.00 | $645,450.00 |
| 6 | 1102 | 2.50 | Ton | Hauling Water Works Material | | ~~$0.00~~ | ~~$0.00~~ | ~~$0.05~~ |
| 7 | 1110 | 100.00 | Cu. Yds | Concrete, Class "C" | | $0.01 | $0.01 | $2.00 |
| 8 | 1112 | 50.00 | Each | Hauling and Installing Fire Hydrant | | $2,400.00 | $0.00 | $120,000.00 |
| 9 | 1114 | 33.00 | Each | Removing Fire Hydrant | | $250.00 | $0.00 | $8,250.00 |

EXHIBIT G

PAVAN PARIKH
COUNTY COURTHOUSE ROOM 315
1000 MAIN STREET
CINCINNATI OH 45202
A 2303015 D 1



# CERTIFIED MAIL



7194 5168 6310 0993 0583

07/18/2023  SUMMONS & COMPLAINT
BOWLIN GROUP LLC
% CORPORATION SERVICE COMPANY
421 W MAIN STREET
FRANKFORT KY 40601